# Exhibit 2

| US7739238 | Rarible ("The accused instrumentality") |
|---|---|
| 1. A file sharing method comprising | The accused instrumentality practices a file (e.g., NFT, etc.) sharing method.<br><br>As shown below, the accused instrumentality allows customers to create, upload NFT and buy them. Creators can list these NFTs on the accused instrumentality's marketplace. The customers can use these NFTs after purchasing them.<br><br><br><br>https://rarible.com/all |

# What is an NFT?

2 years ago · Updated

Follow

NFT is an abbreviation for non-fungible token. NFTs prove ownership of a unique digital asset like: art, music, collectibles, GameFi tokens, videos or anything else linked to blockchain technology.

If you buy a physical painting, you know it's the original because you see the artist's signature on the canvas. Somebody could photocopy the painting, but they don't own the real painting; you do.

Just like a physical painting, NFTs give you proof of ownership and authenticity of the original asset which increases your asset's value.

https://help.rarible.com/hc/en-us/articles/13173107418125-What-is-an-NFT



https://help.rarible.com/hc/en-us/articles/10459414174349-How-do-I-create-an-NFT

3. Choose what type of NFT you would like to create (Single or Multiple).



4. Upload your file (NFT).

https://help.rarible.com/hc/en-us/articles/10459414174349-How-do-I-create-an-NFT



https://help.rarible.com/hc/en-us/articles/10459414174349-How-do-I-create-an-NFT



8. Select the collection you want to mint your item to. You can mint to the Rarible collection or create your own collection by selecting the "Create" button.

*Note: It's an additional cost to create a collection.*

**Choose collection**

Create
ERC-721

Rarible
RARI

9. Choose whether you would like to mint for free or not.
https://help.rarible.com/hc/en-us/articles/10459414174349-How-do-I-create-an-NFT

11. Add a royalty percentage for your item if you'd like to receive a percentage of the profit each time that your NFT is re-sold.

**Royalties**

10                                                                                              %

Suggested: 0%, 10%, 20%, 30%. Maximum is 50%

https://help.rarible.com/hc/en-us/articles/10459414174349-How-do-I-create-an-NFT

14. Sign the transaction/s that follow.

Note: If you are simply minting your item, you will only have 1 transaction to sign. However, if you are also placing your item for sale, you will have a 2nd transaction to sign.



https://help.rarible.com/hc/en-us/articles/10459414174349-How-do-I-create-an-NFT

Congratulations, you have just created your amazing NFT and it will appear on our marketplace as well as on your profile!

We wish you all the best with your future creations.



https://help.rarible.com/hc/en-us/articles/10459414174349-How-do-I-create-an-NFT

# How to sell (list) one or more items

11 months ago · Updated

Follow

On Rarible, you can either sell one NFT or multiple NFTs in one go.

If you know exactly how much you'd like to get for your NFT, you can sell it at a fixed price (your own determined price) or if you'd prefer, you can sell it at the item's floor price (the lowest price an NFT in that specific collection is sold for).

https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items

1. a. Click on "Sell" on the top of Rarible's home page.



b. Click on your profile image and then click on "Sell."

https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items

2. Click on the three dots on the bottom right-hand side of the item and then select "Put on sale."



https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items



https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items

8. Your NFT will be on sale.



Your items that are on sale will appear on your profile under "On sale."

https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items

# How do I purchase an NFT?

1 year ago · Updated

Follow

You may want to expand the NFTs you own and begin adding more items to your collection of NFTs. On Rarible, you have the option to either purchase one item (a single NFT) at a time or multiple items in one go. If you're interested in the multi-buy option (purchasing multiple items in one go) please see this article: Purchasing multiple items.

https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

## Steps to Purchase a Single NFT:

1. Go on to Rarible's home page and hover over the "Explore" button. Click on either "Collections," "NFTs" or, "Users." Alternatively, click on your preferred blockchain.



2. Find the NFT that you'd like to purchase and then perform either one of the following:

https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

i. Hover over the NFT and click on "Buy Now."



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

3. A checkout pop-up page will appear. Click on "Continue."



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

4. Sign the following transaction/s that appear in your wallet.



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

# What are royalties and service fees on Rarible?

1 year ago · Updated

Follow

## Royalty Fees

Royalty fees are a commission that is earned by the original NFT creator for all secondary sales of their work.

By adding a royalty percentage to an NFT or NFT collection, creators participate in the future success of their creations. Every time one of their NFTs is sold on the secondary marketplace, the creator receives their chosen cut of the sales price.

https://help.rarible.com/hc/en-us/articles/9830333048333-What-are-royalties-and-service-fees-on-Rarible

# If I mint an NFT on Rarible, will I get royalties on secondary sales?

1 year ago · Updated

Follow

Yes! You're not forced to set royalties however, if you select to receive royalties, you'll earn off of every resale of your created NFT. As a creator, you can choose your royalties when you mint your NFT. After that, you'll attain a percentage (your chosen amount) of the sale price in your wallet every time your NFT is sold to a new buyer.

https://help.rarible.com/hc/en-us/articles/13180312057741-If-I-mint-an-NFT-on-Rarible-will-I-get-royalties-on-secondary-sales



https://rarible.com/ethereum/collections/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb

| receiving a request from a first user computing device for at least one file; | The accused instrumentality practices receiving a request (e.g., a search request) from a first user computing device (e.g., a laptop, a smartphone, etc.) for at least one file (e.g., a NFT, etc.).

As shown below, the accused instrumentality allows a customer to search NFT uploaded by |

various creators.



https://rarible.com/all



# How to search for a collection, marketplace, NFT or user

1 year ago · Updated

Follow

You may be new to Rarible and are unsure as to how to find a collection, NFT, user or, marketplace.

If you already know whom or what you're looking for, use the search bar at the top of the home page and enter the name of the collection, NFT, user or, marketplace.

https://help.rarible.com/hc/en-us/articles/16967150390925-How-to-search-for-a-collection-marketplace-NFT-or-user

2. When you choose to search for an NFT, every NFT that was minted on Rarible's marketplace as well as the NFTs on the marketplaces that Rarible has aggregated will appear. To narrow down your search, click on the "Filter" button and select which option you'd like to filter your NFT search by. You can also find a specific NFT that you are looking for by searching for it in the "Search by NFTs" bar.



https://help.rarible.com/hc/en-us/articles/16967150390925-How-to-search-for-a-collection-marketplace-NFT-or-user

**How can you find the collection you're looking for?**

If you know what you're looking for, the best way to check if the collection is legitimate, it's to start by looking into the project's website. If it's a professional, and **public** project it will have a link to its collection on marketplaces. If there's no link there, you can always search it by name on Rarible. If the collection shows a lot of transactions and volume on the marketplace, it's probably legit. If you can't find it on the marketplace website by doing a name search, try to find its collection address. If you can't find that too, then there's not much you can do to verify the authenticity of that NFT.

Remember that NFTs can be spread between different marketplaces, but if you see an NFT on Rarible, it doesn't mean that it's automatically on every other marketplaces out there.



https://docs.rarible.org/docs/nft-101-what-you-need-to-know-before-buying-your-first-nft-copy



In the same way, you can search for a collection by using its contract address, which will return the exact collection you're looking for.

**How to search for collections by a creator?**

This situation is identical to the previous one. Let's say that you're looking for NFTs from the user "Daxio". You can identify him by his username or wallet address.



https://docs.rarible.org/docs/nft-101-what-you-need-to-know-before-buying-your-first-nft-copy



https://rarible.com/all



https://rarible.com/ethereum/collections/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb



https://rarible.com/ethereum/items/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb:7655

| | |
|---|---|
| searching for a second user computing device possessing a copy of said file; | The accused instrumentality practices searching for a second user computing device (e.g., a device of the seller, creator, etc.) possessing a copy of said file (e.g., a NFT, etc.). <br><br> As shown below, the accused instrumentality allows a customer to search NFTs uploaded by various creators. Further, the server of the accused instrumentality retrieves the available NFTs for the user request. |



https://rarible.com/ethereum/collections/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb



https://rarible.com/ethereum/items/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb:7655

# How to sell (list) one or more items

11 months ago · Updated

Follow

On Rarible, you can either sell one NFT or multiple NFTs in one go.

If you know exactly how much you'd like to get for your NFT, you can sell it at a fixed price (your own determined price) or if you'd prefer, you can sell it at the item's floor price (the lowest price an NFT in that specific collection is sold for).

https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items



1. a. Click on "Sell" on the top of Rarible's home page.



b. Click on your profile image and then click on "Sell."

https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items

2. Click on the three dots on the bottom right-hand side of the item and then select "Put on sale."



https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items



https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items

8. Your NFT will be on sale.



Your items that are on sale will appear on your profile under "On sale."

https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items



https://help.rarible.com/hc/en-us/articles/15201508178957-How-to-sell-list-one-or-more-items

| | |
|---|---|
| | 5.2    License to Rarible. You hereby grant to Rarible and its third-party service providers a license to (a) reproduce your Collectibles on computer servers (including software applications) owned, operated or controlled by or on behalf of Rarible, (b) publicly perform, transmit, and communicate to the public your Collectibles via the Service through any technology or medium now known or hereafter created, including on an on-demand and through-to-the user basis, (c) publicly display and distribute your Collectibles through the Service, and (d) display, reproduce and otherwise use your Collectibles to advertise, market and promote the availability of your Collectibles on the Service.<br><br>https://static.rarible.com/TERMS-OF-CREATOR.PDF |
| allowing said first user to download said file to a hard drive of a first user computing device from a second user computing device possessing a copy of said file, provided that said file does not include a file tag indicating a gap in ownership where one or more content owners were not compensated;<br><br>**Col 15: lines 43-52**<br><br>*In step 100, the P2P service provider* | The accused instrumentality practices allowing said first user (e.g., a user of the accused instrumentality) to download said file (e.g., downloading a NFT, etc.) to a hard drive of a first user computing device (e.g., a laptop, a smartphone, etc. of a user of the accused instrumentality) from a second user computing device (e.g., a device of the seller, creator, etc.) possessing a copy of said file (e.g., a NFT, etc.), provided that said file (e.g., a NFT, etc.) does not include a file tag (e.g., a metadata, etc.) indicating a gap in ownership (e.g., copyright of NFT, etc.) where one or more content owners (e.g., creators) were not compensated.<br><br>As shown below, the accused instrumentality allows a customer to search NFTs uploaded by various creators. The customer can use the NFTs only after purchasing them. The creator owns copyright of their NFTs. Also, the accused instrumentality reviews uploaded NFTs by the creators. Thus, the customer can use only those particular NFT that satisfy the content license agreement specified by the accused instrumentality. |

*server (P2P server) receives a search query from User 1 operating a first end user device. <u>In step 102, the server searches its discography database for a match to the search query.</u> If there is at least one match, in step 104, the server displays one or more files available from other members or premium services matching the query. In step 106, the server receives selection of a particular file, File A, located in a second end user device associated with User 2, or in the premium database, if none is found for*



https://rarible.com/ethereum/collections/0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb

*downloading from a second end user device.*



https://rarible.com/ethereum/items/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb:7655

# How do I purchase an NFT?

1 year ago · Updated

Follow

You may want to expand the NFTs you own and begin adding more items to your collection of NFTs. On Rarible, you have the option to either purchase one item (a single NFT) at a time or multiple items in one go. If you're interested in the multi-buy option (purchasing multiple items in one go) please see this article: Purchasing multiple items.

https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

## Steps to Purchase a Single NFT:

1. Go on to Rarible's home page and hover over the "Explore" button. Click on either "Collections," "NFTs" or, "Users." Alternatively, click on your preferred blockchain.



2. Find the NFT that you'd like to purchase and then perform either one of the following:

https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

i. Hover over the NFT and click on "Buy Now."



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

ii. Click on the three dots on the bottom right-hand side of the NFT and then click on "Buy now.



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

3. A checkout pop-up page will appear. Click on "Continue."



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

4. Sign the following transaction/s that appear in your wallet.



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

# For Creators



## Please do:

✔ Mint and sell NFTs on Rarible. <u>You maintain all legal rights, including copyrights and trademarks of your work.</u>

✔ Share your work, exhibit it, create derivatives. Your art, your creative freedom!

https://og.rarible.com/community-guidelines

5.    **LICENSE TO RARIBLE**

5.1    <u>You Must Have Rights to the Collectibles Embodied in the NFTs You Create</u>. You must not create any Collectibles if you are not the owner of or are not fully authorized to grant rights in all of the elements of the content embodied therein. <u>If you create an NFT, you must have all necessary rights, authorizations, and permissions with respect to the content embodied therein that grant you sufficient rights to grant the licenses to Rarible under this Agreement.</u> You represent and warrant that: (a) you own the content embodied in the Collectibles you create or

https://static.rarible.com/TERMS-OF-CREATOR.PDF

### 7.    USER CONTENT

7.1    <u>User Content Generally</u>. In addition to creating and posting Collectibles—which is governed by the Creator Terms and Conditions—the Service may permit Users to submit, upload, publish, broadcast, or otherwise transmit ("**Post**") content to the Service, including messages, reviews, photos, video or audio (including sound or voice recordings and musical recordings embodied in the video or audio), images, folders, data, text, and any other works of authorship or other works ("**User Content**"). For the avoidance of doubt, Collectibles are User Content. You retain any copyright and other proprietary rights that you may hold in the User Content that you Post to the Service except those rights that you explicitly choose to waive.

https://static.rarible.com/terms.pdf

# What are royalties and service fees on Rarible?

1 year ago · Updated

Follow

## Royalty Fees

Royalty fees are a commission that is earned by the original NFT creator for all secondary sales of their work.

By adding a royalty percentage to an NFT or NFT collection, creators participate in the future success of their creations. Every time one of their NFTs is sold on the secondary marketplace, the creator receives their chosen cut of the sales price.

https://help.rarible.com/hc/en-us/articles/9830333048333-What-are-royalties-and-service-fees-on-Rarible

# If I mint an NFT on Rarible, will I get royalties on secondary sales?

1 year ago · Updated

Follow

Yes! You're not forced to set royalties however, if you select to receive royalties, you'll earn off of every resale of your created NFT. As a creator, you can choose your royalties when you mint your NFT. After that, you'll attain a percentage (your chosen amount) of the sale price in your wallet every time your NFT is sold to a new buyer.

https://help.rarible.com/hc/en-us/articles/13180312057741-If-I-mint-an-NFT-on-Rarible-will-I-get-royalties-on-secondary-sales



https://rarible.com/ethereum/items/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb:7655

| | |
|---|---|
| processing a debit of an account on a server corresponding to said first user;<br><br>**Col 15: lines 56-58**<br><br>*The server thus proceeds, in step 110, to charge User 1 a monetary amount (Dollar,* | The accused instrumentality practices processing a debit of an account (e.g., charging user's account) on a server (e.g., a payment server of a user) corresponding to said first user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows a customer to search NFTs uploaded by various creators. The customer can use the NFTs only after purchasing them. Further, the customer account is charged and thereby granting license to use the selected NFT. |

| | |
|---|---|
| *Euro, etc.) for the downloading of File A.*<br><br>**Col 15: lines 66-67**<br>**Col 16: lines 1-5**<br><br><u>*The User may also have the option of selecting how they would like to pay for the file, for example, with a credit card,*</u> *paypal, debiting a gift card, deducting credits from the user's account and the like. Information regarding a user's payment accounts or methods and payment preference may be stored on the server.* | <br>https://rarible.com/ethereum/items/<br>0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb:7655<br><br>As shown below, the accused instrumentality allows a customer use the NFT only after purchasing it. |

# How do I purchase an NFT?

1 year ago · Updated

Follow

You may want to expand the NFTs you own and begin adding more items to your collection of NFTs. On Rarible, you have the option to either purchase one item (a single NFT) at a time or multiple items in one go. If you're interested in the multi-buy option (purchasing multiple items in one go) please see this article: Purchasing multiple items.

https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

## Steps to Purchase a Single NFT:

1. Go on to Rarible's home page and hover over the "Explore" button. Click on either "Collections," "NFTs" or, "Users." Alternatively, click on your preferred blockchain.



2. Find the NFT that you'd like to purchase and then perform either one of the following:

https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

i. Hover over the NFT and click on "Buy Now."



a file

https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

ii. Click on the three dots on the bottom right-hand side of the NFT and then click on "Buy now.



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

3. A checkout pop-up page will appear. Click on "Continue."



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

4. Sign the following transaction/s that appear in your wallet.



https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT

| | |
|---|---|
| | https://help.rarible.com/hc/en-us/articles/10459890828429-How-do-I-purchase-an-NFT |
| processing a credit of an account on a server corresponding to said second user; and | The accused instrumentality practices processing a credit of an account on a server (e.g., a payment server of the seller, creator, etc.) corresponding to said second user (e.g., the seller, creator, etc.).<br><br>As shown below, the accused instrumentality allows a customer to search NFTs uploaded by various creators. The customer can use the NFTs only after purchasing them. Further, the |

customer account is charged, and the accused instrumentality receives the payment, thereby granting license to use the selected NFT.



https://rarible.com/ethereum/collections/0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb



https://rarible.com/ethereum/items/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb:7655

As shown below, the accused instrumentality credits the wallet account of the seller after they accept the offer.

4. **Confirm approval transaction** and **confirm "Accept bid"** transaction using your wallet
5. **Verify bid was accepted:**
   - NFT is transferred to the buyer
   - You got the money

https://docs.rarible.org/reference/accept-bid

| | |
|---|---|
| | If you've sold an NFT on Rarible and can't see the funds in your wallet, it's likely because the payment was received as wrapped tokens (e.g., wETH). Don't worry — you can easily unwrap them back to native tokens using Rarible's built-in wrapping/unwrapping tool.<br><br>https://help.rarible.com/hc/en-us/articles/41851795659789-The-Wrap-Function-explained |
| processing a license fee to at least one content owner of said file. | The accused instrumentality practices processing a license fee (e.g., royalties) to at least one content owner (e.g., a creator) of said file (e.g., NFT, etc.).<br><br>As shown below, the accused instrumentality allows a customer to search NFTs uploaded by various creators. The customer can use the NFTs only after purchasing them. Further, the customer account is charged, and the accused instrumentality receives the payment, thereby granting license to use the selected NFT. When the customer uses or purchases these NFTs, creators (e.g., a content owner) earn royalties based on the performance of the content. |

# What are royalties and service fees on Rarible?

1 year ago · Updated

Follow

## Royalty Fees

Royalty fees are a commission that is earned by the original NFT creator for all secondary sales of their work.

By adding a royalty percentage to an NFT or NFT collection, creators participate in the future success of their creations. Every time one of their NFTs is sold on the secondary marketplace, the creator receives their chosen cut of the sales price.

https://help.rarible.com/hc/en-us/articles/9830333048333-What-are-royalties-and-service-fees-on-Rarible

# If I mint an NFT on Rarible, will I get royalties on secondary sales?

1 year ago · Updated

Follow

Yes! You're not forced to set royalties however, if you select to receive royalties, you'll earn off of every resale of your created NFT. As a creator, you can choose your royalties when you mint your NFT. After that, you'll attain a percentage (your chosen amount) of the sale price in your wallet every time your NFT is sold to a new buyer.

https://help.rarible.com/hc/en-us/articles/13180312057741-If-I-mint-an-NFT-on-Rarible-will-I-get-royalties-on-secondary-sales



| Character | | Edition # | |
|---|---|---|---|
| Quick Quail | 0.4% | 4 of 20 | 2.3% |
| Rarity | | Token Benefit | |
| Core | 45.8% | Admission | 91.7% |

**Details**  ∧

| | |
|---|---|
| Contract Address | 0xa3...beeb |
| Token Standard | ERC721 |
| Owner | 0x32...4177 ⧉ |
| Chain | Ethereum |
| Royalty | 10% |

a file

content owner

processing a license fee

https://rarible.com/ethereum/items/
0xa3aee8bce55beea1951ef834b99f3ac60d1abeeb:7655

## How to Set Royalties on an NFT:

1. On Rarible's home page, choose to create an NFT.



2. Choose your blockchain and the type of NFT you'd like to create.

https://help.rarible.com/hc/en-us/articles/13180312057741-If-I-mint-an-NFT-on-Rarible-will-I-get-royalties-on-secondary-sales



3. Scroll down to the "Royalties" field and enter the amount of royalties you wish to receive. Enter the number only, don't add "%".

Note: *The maximum royalty percentage you can attain for each sale is 50%.*



https://help.rarible.com/hc/en-us/articles/13180312057741-If-I-mint-an-NFT-on-Rarible-will-I-get-royalties-on-secondary-sales